**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Andrew Bass,<br>　　*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action H-20-2763 |
| Kilolo Kijakazi,<br>Acting Commissioner of the<br>Social Security Administration,<br>　　*Defendant*. | §<br>§<br>§<br>§ | |

## ORDER OF ADOPTION

On January 7, 2022, Magistrate Judge Peter Bray recommended that Andrew Bass's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. ECF No. 16. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed on January 27, 2022, at Houston, Texas.

*/s/ David Hittner*

David Hittner
United States District Judge